UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIN M. STINES,<br><br>        Plaintiff,<br><br>  v.<br><br>FIDELITY NATIONAL FINANCIAL, INC., et al.,<br><br>        Defendants. | C16-848 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    The parties' stipulated motion to file documents under seal, docket no. 22, is GRANTED.  The unredacted exhibits at docket nos. 26 and 27 shall remain under seal.

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 8th day of March, 2017.

                                               William M. McCool
                                             Clerk

                                             s/Karen Dews
                                             Deputy Clerk

MINUTE ORDER - 1