UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ERIN M. STINES,

    Plaintiff,

v.

FIDELITY NATIONAL FINANCIAL, INC., et al.,

    Defendants.

C16-848 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion to continue trial date, docket no. 35, is GRANTED as set forth herein. Because the Court cannot accommodate the parties' requested February 5, 2018, trial date due to its current trial schedule, the Court has continued the trial to the nearest available date.

| **JURY TRIAL DATE** | **March 5, 2018** |
|---|---|
| Deadline for amending pleadings | August 14, 2017 |
| Disclosure of expert testimony | August 14, 2017 |
| Discovery motions filing deadline | October 5, 2017 |
| Discovery completion deadline | November 13, 2017 |

MINUTE ORDER - 1

| Dispositive motions filing deadline | December 14, 2017 |
|---|---|
| Motions in limine filing deadline | February 1, 2018 |
| Agreed pretrial order due | February 16, 2018 |
| Trial briefs, proposed voir dire questions, and jury instructions due | February 16, 2018 |
| Pretrial conference | February 23, 2018, at 1:30 p.m. |

All other terms and conditions, and all dates and deadlines not inconsistent herewith, contained in the Minute Order Setting Trial Date and Related Dates, docket no. 10, shall remain in full force and effect.

    (2)    Plaintiff's motion to continue the trial date, docket no. 31, is STRICKEN as moot.

    (3)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 5th day of May, 2017.

                                    William M. McCool
                                    Clerk

                                    s/Karen Dews
                                    Deputy Clerk