# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

ERIN M. STINES,

    Plaintiff,

v.

FIDELITY NATIONAL FINANCIAL, INC., et al.,

    Defendants.

C16-848 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's motion for extension of time to submit expert report, docket no. 39, is GRANTED as follows. The deadline for expert disclosure is hereby EXTENDED to September 13, 2017. All dates and deadlines not inconsistent herewith shall remain in full force and effect.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 31st day of August, 2017.

                                      William M. McCool
                                      Clerk

                                      s/Karen Dews
                                      Deputy Clerk

MINUTE ORDER - 1