# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ERIN M. STINES,<br><br>Plaintiff,<br><br>v.<br><br>FIDELITY NATIONAL FINANCIAL INC., et al.<br><br>Defendants. | C16-848 TSZ<br><br>ORDER |

THIS MATTER having come before the Court on the Stipulation of Partial Dismissal With Prejudice, docket no. 47 (the "Stipulation"), for a dismissal of Counts V and VIII of Plaintiff's Complaint, docket no. 1 (the "Complaint"), and the Court having considered the Stipulation for entry of this order executed by the parties, the Court ORDERS:

(1) Counts V and VIII of the Complaint are dismissed with prejudice and without costs or fees to any party.

(2) The Clerk is directed to send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

Dated this 13th day of December, 2017.

_____
Thomas S. Zilly
United States District Judge

ORDER - 1