THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIN M. STINES,<br><br>        Plaintiff,<br><br>       v.<br><br>FIDELITY NATIONAL FINANCIAL, INC., a Florida corporation; FIDELITY NATIONAL TITLE GROUP, INC., a Florida corporation; FIDELITY NATIONAL LAW GROUP, a business entity whose form is unknown; and JAY LEVITCH, senior vice president and director of in-house litigation,<br><br>        Defendants. | No. 2:16-cv-00848-TSZ<br><br>ORDER GRANTING DEFENDANTS' STIPULATED MOTION TO SEAL |

This matter came before the Court on Defendant's Stipulated Motion to Seal, docket no. 53. The Court finds that Defendants have established a particularized showing of good cause to seal the document attached as Exhibit A to the Declaration of Katie Rosen, docket no. 52.

It is hereby ORDERED that Exhibit A to the Declaration of Katie Rosen shall remain under seal.

IT IS SO ORDERED.

DATED this 4th day of January, 2018.

                                                                              _____
                                                                              Thomas S. Zilly
                                                                              United States District Judge

ORDER GRANTING DEFENDANTS' STIPULATED MOTION TO SEAL
(2:16-cv-00848 TSZ) - 1

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

Presented by:

Davis Wright Tremaine LLP
Attorneys for Defendants Fidelity National Financial, Inc., Fidelity National Title Group, Inc. and Jay Levitch

By */s/ N. Joseph Wonderly*
  Paula Lehmann, WSBA #20678
  Katie Rosen, WSBA #29465
  N. Joseph Wonderly, WSBA #51925
  1201 3rd Avenue, Suite 2200
  Seattle, WA 98101
  P: 206-622-3150
  F: 206-757-7700
  Email: plehmann@dwt.com
  Email: katierosen@dwt.com
  Email: JoeWonderly@dwt.com

ORDER GRANTING DEFENDANTS' STIPULATED MOTION TO SEAL
(2:16-cv-00848 TSZ) - 2

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax