UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ERIN M. STINES,

        Plaintiff,

v.

FIDELITY NATIONAL FINANCIAL INC., et al.,

        Defendants.

C16-848 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's Motion to Reopen Discovery, docket no. 49 (the "Motion"), is GRANTED in part and DENIED in part. Discovery is reopened for the limited purpose of allowing Plaintiff to further depose James Duncan and to depose Henry Hamilton. These depositions shall be completed no later than February 10, 2018, shall not exceed two hours each and shall be conducted via telephone. The depositions shall be limited to the topics contained in Mr. Duncan's recently discovery notes, which have been filed by the parties under seal at docket no. 54. All other relief Plaintiff requests in the Motion is DENIED.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 12th day of January, 2018.

        William M. McCool
        Clerk

        s/Karen Dews
        Deputy Clerk

MINUTE ORDER - 1