UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ERIN M. STINES,

    Plaintiff,

v.

FIDELITY NATIONAL FINANCIAL INC,

    Defendant.

C16-848 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's stipulated motion, docket no. 60, is GRANTED. Subject to the remaining conditions set forth in the Court's January 12, 2018, Minute Order, docket no. 59, the parties may conduct Henry Hamilton's deposition in person or by any other means consistent with Federal Rule of Civil Procedure 30.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 23rd day of January, 2018.

                William M. McCool
                Clerk

                s/Karen Dews
                Deputy Clerk

MINUTE ORDER - 1