1
2
3
4
5
6

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| 7 ERIN M. STINES, | NO. 2:16-cv-00848-TSZ |
| 8        Plaintiff, | |
| 9     v. | ORDER GRANTING STIPULATED MOTION TO FILE DOCUMENTS UNDER SEAL |
| 10 FIDELITY NATIONAL TITLE GROUP, INC., a Florida corporation; and JAY LEVITCH, Senior Vice President and Director of In-House Litigation, | |
| 11 | |
| 12        Defendants. | |
| 13 SHBIEN CROSS, | NO. 2:16-CV-1867 TSZ |
| 14        Plaintiff, | |
| 15     v. | |
| 16 FIDELITY NATIONAL TITLE GROUP, INC., a Florida corporation, | |
| 17        Defendants. | |

18     The parties' Stipulated Motion, docket no. 92, to File Documents Under Seal is

19 GRANTED.

20     DATED this 22nd day of March 2018.

21

22

23               Thomas S. Zilly
United States District Judge

24

25

26

ORDER GRANTING STIPULATED MOTION TO FILE
DOCUMENTS UNDER SEAL – 1
(2:16-cv-00848-TSZ)

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

CRO040-0001 [PROP] Order Granting Stipulated Motion to File Documents Under
Seal.docx