UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIN M. STINES,<br><br>                Plaintiff,<br><br>  v.<br><br>FIDELITY NATIONAL TITLE<br>GROUP INC. and JAY LEVITCH,<br><br>                Defendants. | C16-848 TSZ<br><br>MINUTE ORDER |
| SHBIEN CROSS,<br><br>                Plaintiff,<br><br>  v.<br><br>FIDELITY NATIONAL TITLE<br>GROUP INC.,<br><br>                Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendants' Motion in Limine to Preclude Evidence of Plaintiff's Unpled Claims, docket no. 77, is DENIED.

(2) Defendants' Motion to Stay Consolidation Order Pending Ruling on Defendants' Motion in Limine, docket no. 79, is STRICKEN as moot.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 28th day of March, 2018.

                                             William M. McCool
                                             Clerk

                                             s/Karen Dews
                                             Deputy Clerk

MINUTE ORDER - 1