UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIN M. STINES<br><br>                Plaintiff,<br><br>  v.<br><br>FIDELITY NATIONAL TITLE<br>GROUP INC. and JAY LEVITCH,<br><br>                Defendants. | C16-848 TSZ<br><br>MINUTE ORDER |
| SHBIEN CROSS,<br><br>                Plaintiff,<br><br>  v.<br><br>FIDELITY NATIONAL TITLE<br>GROUP INC.,<br><br>                Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff Cross' Motion for Partial Summary Judgment, docket no. 81, is DENIED. Genuine issues of material fact preclude a finding that, as a matter of law, Plaintiff Shbien Cross is entitled to summary judgment on the issue of liability for discrimination in violation of 42 U.S.C. § 1981.

MINUTE ORDER - 1

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 9th day of April, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2