UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ERIN M. STINES

         Plaintiff,

  v.

FIDELITY NATIONAL TITLE
GROUP INC. and JAY LEVITCH,

         Defendants.

SHBIEN CROSS,

         Plaintiff,

  v.

FIDELITY NATIONAL TITLE
GROUP INC.,

         Defendant.

C16-848 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff Stines' motion for relief from deadline and for leave to file summary judgment motion, docket no. 107, is DENIED sua sponte. Plaintiff Stines' motion for partial summary judgment, docket no. 108, is STRICKEN as moot. The parties are DIRECTED to address in their trial briefs *Rizo v. Yovino*, 887 F.3d 453 (9th

MINUTE ORDER - 1

Cir. 2018), and the extent to which the *Rizo* holding should retroactively apply in this case.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 27th day of April, 2018.

                                          William M. McCool
                                          Clerk

                                          s/Karen Dews
                                          Deputy Clerk

MINUTE ORDER - 2