UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIN M. STINES,<br><br>    Plaintiff,<br><br>v.<br><br>FIDELITY NATIONAL TITLE GROUP, a Florida Corporation,<br><br>    Defendant.<br><br>SHBIEN CROSS,<br><br>    Plaintiff,<br><br> v.<br><br>FIDELITY NATIONAL TITLE GROUP, a Florida Corporation,<br><br>    Defendant. | C16-848 TSZ<br><br>ORDER |

Counsel having advised the Court that the claims of plaintiff Shbien Cross have been resolved,

NOW, THEREFORE, IT IS ORDERED that plaintiff Shbien Cross is DISMISSED from this case with prejudice and without costs.

ORDER - 1

In the event settlement is not perfected, either party may move to reopen the claims of plaintiff Shbien Cross and trial will be scheduled, provided such motion is filed within **60** days of the date of this Order.

The Clerk is directed to send a copy of this Order to all counsel of record.

Dated this 15th day of May, 2018.

/s/ Thomas S. Zilly

Thomas S. Zilly
United States District Judge