Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ERIN M. STINES,<br><br>        Plaintiff,<br><br>        v.<br><br>FIDELITY NATIONAL TITLE GROUP, INC., a Florida corporation; and JAY LEVITCH, Senior Vice President and Director of In-House Litigation,<br><br>        Defendants. | NO. 2:16-cv-00848-TSZ<br><br>STIPULATED MOTION TO EXTEND DEADLINE FOR PERFECTION OF CROSS SETTLEMENT, AND ORDER ON MOTION |
| SHBIEN CROSS,<br><br>        Plaintiff,<br><br>       v.<br><br>FIDELITY NATIONAL TITLE GROUP, INC., a Florida corporation,<br><br>        Defendants. | NO. 2:16-CV-1867 TSZ |

For the reasons stated below, Plaintiff Shbien Cross and Defendant Fidelity National Title Group, moves the Court pursuant to LR 7(d)(1) to extend the deadline for Perfection of Settlement by 45 days to August 29, 2018.

STIPULATED MOTION AND ORDER TO EXTEND DEADLINE FOR PERFECTION OF SETTLEMENT- 1
(2:16-cv-00848-TSZ)

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

CRO040-0001 Stipulated Motion to Extend Deadline for Perfection of Settlement.docx

## I. REASONS FOR EXTENDING DEADLINE

The parties reached agreement for the settlement of Plaintiff Cross' suit on May 14, 2018 and promptly notified the Court. On May 15, the Court entered an order dismissing Cross' claims and setting July 15 as the deadline for perfecting the settlement. Dkt. #122.

Cross has a Chapter 13 bankruptcy case pending in the Western District of Washington (Case No. 14-10573), her settlement must be approved by the Bankruptcy Court. This has caused the process of perfecting the settlement of the above-entitled case to proceed more slowly than usual.

Cross is represented in the bankruptcy case by attorney David A. Kubat. After obtaining the necessary information, attorney Kubat filed a *Motion to Approve Personal Injury Settlement* in the Bankruptcy Court matter on June 18, 2018. Dkt. #39. That motion is noted for decision on July 18, 2018. Mr. Kubat anticipates that the Bankruptcy Court will approve the settlement on that date or shortly thereafter. But July 18 is three days *after* the current deadline date set by this Court for perfection of the settlement in this case. Accordingly, the parties request that this Court enter an order extending the deadline for perfection of the settlement in this case by 45 days, so that the deadline would be August 29, 2018.

## II. CONCLUSION

For these reasons, the parties move the Court for entry of the proposed order that appears below.

STIPULATED MOTION AND ORDER TO EXTEND DEADLINE FOR PERFECTION OF SETTLEMENT- 2
(2:16-cv-00848-TSZ)

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

CRO040-0001 Stipulated Motion to Extend Deadline for Perfection of Settlement.docx

SO STIPULATED AND AGREED this 25th day of June, 2018.

| | |
|---|---|
| _s/ James E. Lobsenz_ | _s/ Katie Rosen_ |
| James E. Lobsenz WSBA #8787 | Katie Rosen, WSBA #29465 |
| Lucinda J. Luke WSBA #26783 | Paula Lehman, WSBA #20678 |
| Attorneys for Plaintiff | Joe Wonderly, WSBA #51925 |
| CARNEY BADLEY SPELLMAN, P.S. | Attorneys for Defendant |
| 701 Fifth Avenue, Suite 3600 | DAVIS WRIGHT TREMAINE, LLP |
| Seattle, WA 98104 | 1201 3rd Avenue, Suite 2200 |
| Phone: (206) 622-8020 | Seattle, WA 98101 |
| Email: lobsenz@carneylaw.com | P: 206-622-3150 |
| Email: luke@carneylaw.com | E-mail: plehman@dwt.com |
| | E-mail: katierosen@dwt.com |
| | E-mail: Joe Wonderly@dwt.com |

STIPULATED MOTION AND ORDER TO EXTEND DEADLINE FOR PERFECTION OF SETTLEMENT- 3
(2:16-cv-00848-TSZ)

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

CRO040-0001 Stipulated Motion to Extend Deadline for Perfection of Settlement.docx

## **ORDER ON MOTION**

It is so ordered.

DATED this 27th day of June, 2018.

_____
Thomas S. Zilly
United States District Judge

STIPULATED MOTION AND ORDER TO EXTEND DEADLINE FOR PERFECTION OF SETTLEMENT- 4
(2:16-cv-00848-TSZ)

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

CRO040-0001 Stipulated Motion to Extend Deadline for Perfection of Settlement.docx