UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ERIN M. STINES,

        Plaintiff,

v.

FIDELITY NATIONAL TITLE GROUP, INC.,

        Defendant.

C16-848 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's Unopposed Motion to Lift Stay and Set Trial Date, docket no. 127, is GRANTED. The Stay is LIFTED. The Court will hold a scheduling conference on May 7, 2019, at 10:00 a.m.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 19th day of April, 2019.

                                       William M. McCool
                                       Clerk

                                       s/Karen Dews
                                       Deputy Clerk

MINUTE ORDER - 1