# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

ERIN M. STINES,

    Plaintiff,

  v.

FIDELITY NATIONAL TITLE GROUP, INC.,

    Defendant.

C16-848 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court issues the following amended schedule:

| | | |
|---|---|---|
| **JURY TRIAL** set for | **9:00 AM on** | November 4, 2019 |
| Discovery completed by | | August 14, 2019 |
| Dispositive Motions due by<br>  and noted on the motions calendar no later<br>  than the fourth Friday thereafter (see LCR 7(d)) | | August 21, 2019 |
| Motions in Limine due by<br>  and noted on the motions calendar no later<br>  than the Friday before the Pretrial Conference<br>  (see LCR 7(d)(4)) | | August 21, 2019 |

MINUTE ORDER - 1

| | | |
|---|---|---|
| Pretrial Order due[1] by | | October 18, 2019 |
| Trial Briefs to be submitted by | | October 18, 2019 |
| Proposed Voir Dire/Jury Instructions due by | | October 18, 2019 |
| Pretrial Conference set for | **1:30 PM on** | October 25, 2019 |

Notwithstanding Local Civil Rule 16.1, the exhibit list shall be prepared in table format with the following columns: "Exhibit Number," "Description," "Admissibility Stipulated," "Authenticity Stipulated/Admissibility Disputed," "Authenticity Disputed," and "Admitted." The latter column is for the Clerk's convenience and shall remain blank, but the parties shall indicate the status of an exhibit's authenticity and admissibility by placing an "X" in the appropriate column. Duplicate documents shall not be listed twice: once a party has identified an exhibit in the pretrial order, any party may use it.

The original and one copy of the trial exhibits are to be delivered to the courtroom at a time coordinated with Gail Glass, who can be reached at 206-370-8522, no later than the Friday before trial. Each set of exhibits shall be submitted in a three-ring binder with appropriately numbered tabs. Each exhibit shall be clearly marked. Plaintiff's exhibits shall be numbered consecutively beginning with 1; defendant's exhibits shall be numbered consecutively beginning with the next multiple of 100 after plaintiff's last exhibit; any other party's exhibits shall be numbered consecutively beginning with the next multiple of 100 after defendant's last exhibit. For example, if plaintiff's last exhibit is numbered 159, then defendant's exhibits shall begin with the number 200; if defendant's last exhibit number is 321, then any other party's exhibits shall begin with the number 400.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 8th day of May, 2019.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

---

[1] The Agreed Pretrial Order shall be filed in CM/ECF and shall also be attached as a Word compatible file to an e-mail sent to the following address: ZillyOrders@wawd.uscourts.gov.

MINUTE ORDER - 2