UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIN M. STINES,<br><br>    Plaintiff,<br><br> v.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.,<br><br>    Defendant. | C16-848 TSZ<br><br>ORDER |

Counsel having advised the Court that this matter has been resolved, and it appearing that no issue remains for the Court's determination, NOW, THEREFORE, IT IS ORDERED that this case is DISMISSED with prejudice and without costs. In the event settlement is not perfected, either party may move to reopen and trial will be scheduled, provided such motion is filed within **30** days of the date of this Order.

The Clerk is directed to send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

Dated this 23rd day of July, 2019.

              /s/ Thomas S. Zilly
              Thomas S. Zilly
              United States District Judge

ORDER - 1